# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Elliott, Mark Lawrence | Docket No. | 2:17-CR-00229-TOR-11 |

**Petition for Action on Conditions of Pretrial Supervision**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Mark Lawrence Elliott, who was placed under pretrial supervision by the Honorable U.S. Magistrate Court Judge John T. Rodgers in the Court at Spokane, Washington, on the 10th day of January 2018, under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Condition #24:** Substance Abuse Evaluation: Defendant shall participate in a substance abuse evaluation and shall complete any recommended follow-up treatment as directed by pretrial services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

Violation #1: The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington, by consuming controlled substance, methamphetamine, on or about June 13, 2018.

Violation #2: The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington, by failing to attend his Moral Reconation Therapy (MRT) class at the Port of Hope Treatment Center in Idaho on June 18, 2018, as required per his chemical dependency assessment recommendations.

REQUESTING NO ACTION BE ORDERED AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: July 3, 2018 |
| by | s/Linda Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS
[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____July 3, 2018_____
Date