# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2018

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Elliott, Mark Lawrence | Docket No. | 0980  2:17CR00229-TOR-11 |

## Petition for Action on Conditions of Pretrial Supervision

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Mark Lawrence Elliott, who was placed under pretrial supervision by the Honorable U.S. Magistrate Court Judge John T. Rodgers in the Court at Spokane, Washington, on the 10th day of January 2018, under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

Violation #1: The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington, by consuming a controlled substance, methamphetamine, on or about July 19, 2018.

Violation #2: The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington, by failing to submit to required urine testing on July 3, and July 20, 2018.

REQUESTING A SUMMONS BE ORDERED AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   August 2, 2018 |
| by | s/Linda Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ X]  The Issuance of a Summons
[ ]   The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_M. K. Dimke_
Signature of Judicial Officer

8/2/2018
Date