UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 19, 2018

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Elliott, Mark Lawrence | Docket No. | 0980  2:17CR00229-TOR-11 |

**Petition for Action on Conditions of Pretrial Supervision**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Mark Lawrence Elliott, who was placed under pretrial supervision by the Honorable U.S. Magistrate Court Judge John T. Rodgers in the Court at Spokane, Washington, on the 10th day of January 2018, under the following conditions:

**Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

Violation #1: The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by failing to submit to required urine testing on August 27 and 28, 2018.

Conditions of release were reviewed with Mr. Elliott by the District of Idaho on January 12, 2018. He acknowledged an understanding of his conditions which included condition number 27.

According to United States Probation Officer (USPO) Pierantoni, on August 27, 2018, the defendant failed to report for random urine testing at Averhealth, the contracted vendor for the federal probation office in Idaho. The defendant is required to submit three random urine tests per month. The defendant called USPO Pierantoni this same date at approximately 7:15 p.m. to advise he had just finished his Moral Reconation Treatment group (MRT) and would report the following day to Averhealth for a make-up urine test. The defendant failed to report on August 28, 2018. On August 29, 2018, USPO Pierantoni advised he spoke to the defendant and directed him to report for a third time and submit to a random urine sample, which the defendant complied with.

Violation #2: The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington, by failing to submit to required urine testing on September 12 and 13, 2018.

Conditions of release were reviewed with Mr. Elliott by the District of Idaho on January 12, 2018. He acknowledged an understanding of his conditions which included condition number 27.

According to USPO Pierantoni, on September 12, 2018, the defendant failed to show for random urine testing at Averhealth, the contracted vendor for the federal probation office in Idaho. USPO Pierantoni spoke with the defendant this same evening regarding the missed appointment. The defendant advised he was having vehicle problems. USPO Pierantoni instructed the defendant to report the following day to Averhealth for a make-up test. The defendant failed to report as directed on September 13, 2018.

REQUESTING A WARRANT BE ORDERED AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: September 18, 2018

by  s/Linda Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS
[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

September 19, 2018
Date