PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 09, 2018**

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Elliott, Mark Lawrence | Docket No. | 0980 2:17CR00229-TOR-11 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Supervision**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Mark Lawrence Elliott, who was placed under pretrial supervision by the Honorable U.S. Magistrate Court Judge John T. Rodgers in the Court at Spokane, Washington, on the 10th day of January 2018, under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #3**: The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by consuming a controlled substance, methamphetamine, on or about September 20, 2018.

Conditions of release were reviewed with Mr. Elliott by the District of Idaho on January 12, 2018. He acknowledged an understanding of his conditions which included condition number 9.

According to U.S. probation officer (USPO) Pierantoni, the defendant was terminated from treatment at Averhealth effective September 21, 2018, after the Eastern District of Washington's warrant was issued. Prior to the treatment provider terminating the defendant, he submitted a presumptive positive urine sample for methamphetamine. The sample was sent to Alere Laboratory for confirmation. Results were received via email on October 5, 2018, from the District of Idaho confirming a positive urine sample as tested by Alere Laboratory for methamphetamine as submitted by the defendant.

REQUESTING INCORPORATION OF THE ABOVE VIOLATION WITH THE CURRENT PETITION PENDING WITH THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
| by | Executed on: 10/9/2018 |
| | s/Linda Leavitt |
| | Linda J. Leavitt |
| | U.S. Pretrial Services Officer |

**Elliott, Mark Lawrence**
**October 9, 2018**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

    October 9, 2018
_____
Date